DANA M.O. VIOLA        6095
Corporation Counsel

JOY S. NEELY           9574
MARIA C. COOK          6836
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai'i  96813
Telephone: (808) 768-5493 / (808) 768-5125
Facsimile:  (808) 768-5105
Email: joy.neely@honolulu.gov
           maria.cook@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| JONATHAN MCCLURE, | CIVIL NO. CV21-00201 DKW/KJM |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER |
| vs. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant. | Judge: Hon. Derrick K. Watson |
| | Trial Date: July 24, 2023 |

STIPULATION FOR DISMISSAL WITH
<u>PREJUDICE OF ALL CLAIMS AND PARTIES</u>

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

JONATHAN MCCLURE and Defendant CITY AND COUNTY OF

Case 1:21-cv-00201-DKW-KJM   Document 84   Filed 06/20/23   Page 2 of 2   PageID.762

HONOLULU, by and through their respective counsel that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, that the Complaint filed herein on April 24, 2021 is hereby DISMISSED WITH PREJUDICE as to all claims and all parties.  All appearing parties have signed this stipulation and each shall bear their own attorney's fees and costs.

DATED:  Honolulu, Hawai'i, June 20, 2023.

> DANA M.O. VIOLA
> Corporation Counsel
>
> By:  /s/ Joy S. Neely
> JOY S. NEELY
> MARIA C. COOK
> Deputies Corporation Counsel
>
> Attorneys for Defendant
> CITY AND COUNTY OF HONOLULU
>
> /s/ Mateo Caballero
> MATEO CABELLERO
>
> Attorney for Plaintiff
> JONATHAN MCCLURE

APPROVED AND SO ORDERED.
   DATED:  June 20, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

Civil No. CV21-00201 DKW/KJM; *Jonathan McClure v. City and County of Honolulu*; Stipulation for Dismissal with Prejudice of All Claims and Parties; Order